UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| LASALLE BANK NATIONAL ASSOCIATION, ET AL.,<br><br>                            Plaintiff,<br><br>     -against-<br><br>BETHANY HOLDINGS GROUP LLC, et al.,<br><br>                           Defendants. | 09 Civ. 5359 (PGG)<br>09 Civ. 5365 (PGG)<br>09 Civ. 5368 (PGG)<br>09 Civ. 5369 (PGG)<br>09 Civ. 5370 (PGG)<br>09 Civ. 5371 (PGG)<br>09 Civ. 5373 (PGG)<br><br>ORDER |

PAUL G. GARDEPHE, U.S.D.J.:

        WHEREAS Plaintiff filed the Complaints in these seven related actions on June 9, 2009; and

        WHEREAS Plaintiff executed service on Defendant Bethany Holdings Group, LLC on June 22, 2009 by delivering a copy of the Summons and Complaint to persons of suitable age and discretion and then mailing copies of these documents via first-class mail (09 Civ. 5359 – Docket No. 3; 09 Civ. 5365 – Docket No. 7; 09 Civ. 5368 – Docket No. 7; 09 Civ. 5369 – Docket No. 7; 09 Civ. 5370 – Docket No. 4; 09 Civ. 5371 – Docket No. 4; 09 Civ. 5373 - Docket No. 4); and

        WHEREAS Plaintiff further executed service on Defendant Bethany Holdings Group, LLC on June 30, 2009 by delivering a copy of the Summons and Complaint to persons authorized to receive service of process on behalf of Bethany Holdings Group, LLC (09 Civ. 5359 – Docket No. 3; 09 Civ. 5365 – Docket No. 7; 09 Civ. 5368 – Docket No. 7; 09 Civ. 5369 – Docket No. 7; 09 Civ. 5370 – Docket No. 4; 09 Civ. 5371 – Docket No. 4; 09 Civ. 5373 - Docket No. 4); and

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 10/26/09

WHEREAS Plaintiff executed service on Defendant Gregory Garmon on June 22, 2009 (09 Civ. 5359 – Docket No. 3; 09 Civ. 5365 – Docket No. 7; 09 Civ. 5368 – Docket No. 7; 09 Civ. 5369 – Docket No. 7; 09 Civ. 5370 – Docket No. 4; 09 Civ. 5371 – Docket No. 4; 09 Civ. 5373 - Docket No. 4); and

WHEREAS Plaintiff executed service on Defendant Jeffrey Silverman on June 30, 2009 (09 Civ. 5359 – Docket No. 3; 09 Civ. 5365 – Docket No. 7; 09 Civ. 5368 – Docket No. 7; 09 Civ. 5369 – Docket No. 7; 09 Civ. 5370 – Docket No. 4; 09 Civ. 5371 – Docket No. 4; 09 Civ. 5373 - Docket No. 4); and

WHEREAS Defendants Bethany Holdings Group, LLC, Gregory Garmon, and Jeffrey Silverman have not answered or otherwise responded to the Summons and Complaint herein and their time to answer has expired; and

WHEREAS the Clerk of the Court issued a certificate of default as to these Defendants on September 29, 2009; and

WHEREAS this Court ordered Defendants Bethany Holdings Group, LLC, Gregory Garmon, and Jeffrey Silverman to show cause on October 26, 2009 why a default judgment should not be entered against them and these defendants did not appear before the Court on that date; it is hereby

ORDERED that a default is entered against Defendants Bethany Holdings Group, LLC, Gregory Garmon, and Jeffrey Silverman. As to these Defendants only, this matter is referred to Magistrate Judge Henry B. Pitman for an inquest into damages.

The Clerk of the Court is directed not to close the case.

Dated:   New York, New York
         October 26, 2009           SO ORDERED.

                                    _____
                                    Paul G. Gardephe
                                    United States District Judge

2